## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **BRITTNEY COLEMAN** | **CASE NO. 1:22-CV-06261** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RAPIDES PRIMARY HEALTH CLINIC & ASSOCIATES ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

Pursuant to the reasons stated in the oral ruling in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Brittney Coleman's claims against Defendants in all cases[1] are hereby **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court place Brittney Coleman on the sanctioned barred list.

**IT IS FURTHER ORDERED** that the Clerk of Court decline to accept any civil complaint filed by Brittney Coleman unless the complaint has first been presented to the Chief Judge, and the Chief Judge has specifically ordered in writing that the complaint may be filed.

---

[1] The cases include: 1:22-cv-05923 Coleman v. Los Angeles Sheriff Department et al; 1:22-cv-06261 Coleman v. Rapides Primary Health Clinic & Associates et al; 1:22-06262 Coleman v. Island Express Helicopters Inc; 1:23-cv-00043 Coleman v. Systrom; 1:23-00044 Coleman v. Brin; 1:23-00046 Coleman v. Carter; 1:23-cv-00049 Coleman v. Mosseri; 1:23-cv-00050 Coleman v. Zuckerberg; 1:23-cv-00051 Coleman v. Musk; 1:23-cv-00052 Coleman v. Obama; 1:23-cv-00053 Coleman v. Trump; 1:23-cv-00068 Coleman v. Erny et al; 1:23-cv-00069 Coleman v. Perry; 1:23-cv-00070 Coleman v. Shilong; 1:23-cv-00071 Coleman v. Jackson; 1:23-cv-00072 Coleman v. Choo; 1:23-cv-00074 Coleman v. Jooma; 1:23-cv-00075 Coleman v. Chuanzhi; 1:23-cv-00077 Coleman v. Springman; 1:23-cv-00078 Coleman v. Biden; 1:23-cv-00079 Coleman v. Geffen; 1:23-cv-00086 Coleman v. Crooms; 1:23-cv-00087 Coleman v. Yang; 1:23-cv-00088 Coleman v. Miller; 1:23-cv-00091 Coleman v. Graham; 1:23-cv-00093 Coleman v. Robinson; 1:23-cv-00094 Coleman v. Combs; 1:23-cv-00095 Coleman v. Simmons; 1:23-cv-00096 Coleman v. Freeman; 1:23-cv-00097 Coleman v. Carter; 1:23-cv-00098 Coleman v. Thomas; 1:23-cv-00099 Coleman v. Page; 1:23-cv-00100 Coleman v. Slayton (These cases were filed from July 22, 2022, until January 18, 2023).

MONROE, LOUISIANA, this 23rd day of February 2023.

                                             _____
                                             Terry A. Doughty
                                             United States District Judge